UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LEONARD LOGAN,

                Plaintiff,

v.

CHARLO TURNER, et al.,

                Defendants.

_____/

Case No. 2:25-cv-13552

Honorable Susan K. DeClercq
United States District Judge

Honorable Curtis Ivy, Jr.
United States Magistrate Judge

**ORDER ADOPTING REPORT AND RECOMMENDATION (ECF No. 11)
AND DISMISSING THE COMPLAINT (ECF No. 1)**

On March 13, 2026, Magistrate Judge Curtis Ivy, Jr. issued a report, ECF No. 11, recommending that this Court dismiss the complaint without prejudice under Civil Rule 4(m) because Plaintiff Leonard Logan did not comply with repeated orders and warnings to serve the Defendants. *Id.* at PageID.33–34. Judge Ivy informed the Parties of their rights to object to the report and recommendation within 14 days, *id.* at PageID.35, But the Parties did not do so. They have therefore forfeited their right to appeal Judge Ivy's findings. *See Berkshire v. Dahl*, 928 F.3d 520, 530–31 (6th Cir. 2019) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)).

Having reviewed the report and recommendation, this Court will adopt the recommendation in full because it finds no clear error. *See Roby v. Bloom Roofing Sys*, 343 F.R.D. 487, 490 (E.D. Mich. 2023) (noting that a clearly erroneous finding

- 2 -

is one that leaves this Court with a firm and definite conviction that the magistrate judge made a mistake).

Accordingly, it is **ORDERED** that the Report and Recommendation, ECF No. 11, is **ADOPTED**.

Further, it is **ORDERED** that the Complaint, ECF No. 1, is **DISMISSED WITHOUT PREJUDICE**.

**This is a final order and closes the above-captioned case**.

*/s/Susan K. DeClercq*
SUSAN K. DeCLERCQ
United States District Judge

Dated: April 10, 2026

- 2 -